SEALED



1  BENJAMIN B. WAGNER
   United States Attorney
2  MATTHEW D. SEGAL
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA THE PROPERTY AT 2710 GENOA AVENUE, SOUTH LAKE TAHOE, CALIFORNIA 96150 | CASE NO. 2:15-SW-375 CKD<br><br>[PROPOSED] ORDER RE: REQUEST TO SEAL DOCUMENTS<br><br>**UNDER SEAL** |
|---|---|

### SEALING ORDER

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the search warrant and search warrant affidavit underlying the search warrant in the above-entitled proceeding shall be filed under seal and shall not be disclosed to any person, unless otherwise ordered by this Court.

Dated: 6/29/2015

Hon. Carolyn K. Delaney
U.S. MAGISTRATE JUDGE

SEALING ORDER                                1