BENJAMIN B. WAGNER
United States Attorney
MATTHEW D. SEGAL
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

SEALED

FILED
JUL 01 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>2710 GENOA AVENUE,<br>SOUTH LAKE TAHOE, CALIFORNIA 96150 | CASE NO. 2:15-SW-375-CKD<br><br>REQUEST TO PROVIDE SEARCH WARRANT COPY TO COUNSEL |

The search warrant in the above-captioned proceeding was executed on June 30, 2015. The affidavit was incorporated into the warrant and served with it. The investigative subject is represented by counsel, who has asked for a copy of what was served at the residence. Out of an abundance of caution, the Government asks that the Court authorize the Government to provide a copy to counsel for the investigative subject.

The investigation is ongoing, however, and the Government asks that this application and order, and all the filings remain under seal.

Dated: July 1, 2015

BENJAMIN B. WAGNER
United States Attorney

/s/ Matt Segal

MATTHEW D. SEGAL
Assistant United States Attorney