**SEALED**

BENJAMIN B. WAGNER
United States Attorney
MATTHEW D. SEGAL
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**

JUL 0 1 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:15-SW-375-CKD |
| Plaintiff, | [PROPOSED] ORDER |
| v. | |
| 2710 GENOA AVENUE, SOUTH LAKE TAHOE, CALIFORNIA 96150 | |

The Government may provide to Tom Johnson, Esq. a copy of the Search Warrant, including its attachments, including the incorporated and attached affidavit.

The Clerk shall continue to maintain all documents in this case under seal.

Dated: July 1, 2015

HON. CAROLYN K. DELANEY
U.S. Magistrate Judge