BENJAMIN B. WAGNER
United States Attorney
MATTHEW D. SEGAL
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

FILED

JUL 13 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA<br><br>2710 GENOA AVENUE,<br>SOUTH LAKE TAHOE, CALIFORNIA 96150 | CASE NO. 2:15-SW-375-CKD<br><br>REQUEST TO UNSEAL SEARCH WARRANT AND SEARCH WARRANT AFFIDAVIT |

The search warrant in the above-captioned proceeding was executed on June 30, 2015. There is no need for the search warrant or search warrant affidavit to remain under seal. Accordingly, the United States asks that the Court order that the filings in this case be unsealed.

Dated: July 13, 2015

BENJAMIN B. WAGNER
United States Attorney

/s/ Matthew D. Segal
_____
MATTHEW D. SEGAL
Assistant United States Attorney