1  BENJAMIN B. WAGNER
   United States Attorney
2  MATTHEW D. SEGAL
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

**FILED**

JUL 1 3 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
         DEPUTY CLERK

8              IN THE UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

11 | IN THE MATTER OF THE APPLICATION | CASE NO. 2:15-SW-375-CKD
   | OF THE UNITED STATES OF AMERICA  |
12 |                                  |
   | 2710 GENOA AVENUE,               | [PROPOSED] ORDER TO UNSEAL SEARCH
13 | SOUTH LAKE TAHOE, CALIFORNIA 96150 | WARRANT AND SEARCH WARRANT
   |                                  | AFFIDAVIT

15     The government's request to unseal the Search Warrant and this case is GRANTED.

17  Dated: July 13, 2015

                                    /s/ Carolyn K. Delaney
18                                  HON. CAROLYN K. DELANEY
                                    U.S. Magistrate Judge